UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-04100-SLD-RLH |
| FOUR PREPAID VISA DEBIT CARDS TOTALING $59,230.00, SIX PREPAID MASTERCARD DEBIT CARDS TOTALING $63.00, $9,000.00 IN UNITED STATES CURRENCY, $10,000.00 IN UNITED STATES CURRENCY, and $16,360.00 IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT ORDER

WHEREAS, the United States of America, Plaintiff, has filed a Motion for Default Judgment Against Defendant Property, ECF No. 25, seeking the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against the defendants, and for the forfeiture of the defendants;

WHEREAS, the United States of America has shown a reasonable belief that the defendant property constitutes or is derived from proceeds of mail fraud, 18 U.S.C. § 1341, bank fraud, 18 U.S.C. § 1344, and wire fraud, 18 U.S.C. § 1343, all of which are defined as "specified unlawful activity" in 18 U.S.C. § 1956(c)(7) and is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C);

WHEREAS, service of process requirements have been met, all potential claimants, known and unknown, have received notice by publication of the pendency of this action, and no one has timely filed a claim and answer;

WHEREAS, on May 29, 2025, the Court granted the United States of America's Application for Entry of Default Against Defendant Property, *see* May 30, 2025 Entry Default;

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. That a judgment of default is hereby entered against the defendant property.

2. The defendant property is hereby forfeited to the United States of America to be disposed of in accordance with the law and no other right, title, or interest shall exist therein.

Entered this 24th day of July, 2025.

                                                    s/ Sara Darrow
                                                    SARA DARROW
                                                    CHIEF UNITED STATES DISTRICT JUDGE